# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                              )
                                          )
ERSM (Afghanistan) Limited, d/b/a         )
  Edinburgh International                  )        ASBCA No. 58997
                                          )
Under Contract No. W91B4K-09-D-0002       )

APPEARANCE FOR THE APPELLANT:        Armani Vadiee, Esq.
                                        Smith Pachter McWhorter, PLC
                                        Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:      Raymond M. Saunders, Esq.
                                        Army Chief Trial Attorney
                                     Erica S. Beardsley, Esq.
                                        Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 6 June 2014

MICHAEL T. PAUL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58997, Appeal of ERSM (Afghanistan) Limited, d/b/a Edinburgh International, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals